FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MAY 0 5 2011

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. ) |
| SHAWN GRIDER, | ) 4:11CR00172AGF |
| Defendant. | ) ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about December 9, 2010, in the City of Saint Louis, within the Eastern District of Missouri,

**SHAWN GRIDER,**

the Defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess various rounds of ammunition, which traveled in interstate or foreign commerce during or prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about December 9, 2010, in the City of Saint Louis, within the Eastern District of Missouri,

**SHAWN GRIDER,**

the Defendant herein, did knowingly use and maintain the premises of 3239 Iowa Avenue, St. Louis City, Missouri, for the purpose of manufacturing, distributing, and using heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1) and punishable under Title 21, United States Code, Section 856(b).

## COUNT THREE

The Grand Jury further charges that:

On or about April 21, 2011, in the City of Saint Louis, within the Eastern District of Missouri,

### SHAWN GRIDER,

the Defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about April 21, 2011, in the City of Saint Louis, within the Eastern District of Missouri,

### SHAWN GRIDER,

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title

21, United States Code, Section 841(b)(1)(C).

## COUNT FIVE

The Grand Jury further charges that:

On or about April 21, 2011, in the City of Saint Louis, within the Eastern District of Missouri,

**SHAWN GRIDER,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States; to wit: possession with the intent to distribute heroin, as charged in Count Four herein.

In violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL.


_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
CRISTIAN M. STEVENS, #98871
Assistant United States Attorney